[No. 35622-4-I.  Division One.  December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER K. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04290-6, Marilyn R. Sellers, J., entered October 18, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35628-3-I.  Division One.  December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON RENEE BLUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04166-7, Stephen Gaddis, J., entered October 25, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35804-9-I.  Division One.  December 27, 1995.]

WHATCOM COUNTY WATER DISTRICT NO. 10,
*Respondent*, v. WHATCOM NEIGHBORHOOD
ASSOCIATION, ET AL., *Appellants*, WHATCOM COUNTY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-2-02220-1, David A. Nichols, J., entered November 22, 1994. *Reversed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Cox, J.

[No. 35984-3-I.  Division One.  December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI DIANE POWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 94-8-00267-4, Alan R. Hancock, J., entered January 18, 1995. *Dismissed* by unpublished per curiam opinion.